FILED / ENTERED — RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

DEC 1 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-446-GMN-(VCF) |
| MARK A. GONZALEZ, ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On December 10, 2012, defendant MARK A. GONZALEZ pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Wire Fraud and Bank Fraud in violation of Title 18, United States Code, Sections 1343, 1344 and 1349. At the hearing, defendant MARK A. GONZALEZ specifically agreed to the forfeiture set forth in the Plea Memorandum.

This Court finds that MARK A. GONZALEZ shall pay a criminal forfeiture money judgment of $20,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARK A. GONZALEZ a criminal forfeiture money judgment in the amount of $20,000.00 in United States Currency.

DATED this __10__ day of __DECEMBER__, 2012.

_____
UNITED STATES DISTRICT JUDGE