FILED ENTERED RECEIVED
COUNSEL/PARTIES OF RECORD SERVED ON

MAR 22 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-CR-446-GMN-(VCF) |
| v. ) | |
| ) | |
| MARK A. GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on December 11, 2012, that MARK A. GONZALEZ shall pay a criminal forfeiture money judgment of $20,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Criminal Information, ECF No. 4; Plea Memorandum, ECF No. 6; Order of Forfeiture, ECF No. 7; Change of Plea Minutes, ECF No. 8.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARK A. GONZALEZ a criminal forfeiture money judgment in the amount of $20,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this 22 day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE