Form 12 - Travel
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

**REQUEST FOR TRAVEL OUTSIDE
THE CONTIGUOUS UNITED STATES**

Name of Offender: **Mark Anthony Gonzalez**

Case Number: **2:12CR00446**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **March 22, 2013**

Original Offense: **Conspiracy to Commit Wire Fraud and Bank Fraud**

Original Sentence: **366 Days prison, followed by 60 Months TSR.**

Date Supervision Commenced: **May 2, 2014**

## SUMMARY

On March 13, 2019, Mr. Gonzalez submitted a travel request for Tamarindo, Costa Rica, from April 9, 2019 to April 18, 2019. The purpose of the trip is vacation with his girlfriend, Alicia Del Valle.

If approved, Mr. Gonzalez reports that he will stay at Hotel Capitán Suizo while in Costa Rica. Mr. Gonzalez will fly to Costa Rica. The total cost of the trip is reported to be approximately $1,200 from his employment and Ms. Del Valle.

Currently, Mr. Gonzalez is compliant with his conditions of supervision. He is required to make monthly payments of 10% of his gross income towards his restitution. Mr. Gonzalez earns $1200 a month and makes $120 monthly payments towards his $1,768,773.36 restitution.

Pursuant to policy, travel for personal reasons is restricted to individuals under supervision while they have outstanding criminal monetary penalties, even when in compliance with payment schedules. Mr. Gonzalez inadvertently purchased the transportation and lodging for this trip prior to submitting a travel request because Gonzalez believed he expired from supervision on April 1, 2019. Mr. Gonzalez now knows that he does not expire from supervision until May 1, 2019 and is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision. The Probation Office respectfully defers to the decision of the court as to whether or not travel will be approved.

RE: **Mark Anthony Gonzalez**

Respectfully submitted,

_____
Gabriella Mitchell
Probation Services Technician

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer

**THE COURT ORDERS**

☒ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

_____
Signature of Judicial Officer

March 18, 2019
Date